1  PATRICK T. CONNOR, Bar No. 89136
   Email Address: pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222
   Email Address: mgifford@deconsel.com
3  members of
   DeCARLO, CONNOR & SHANLEY,
4  a Professional Corporation
   533 S. Fremont Avenue, Ninth Floor
5  Los Angeles, California 90071-1706
   Telephone (213) 488-4100
6  Telecopier (213) 488-4180

7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8  FOR THE CARPENTERS SOUTHWEST TRUSTS

FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

| | |
|---|---|
| 12  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>HOFFMAN CONCRETE COMPANY, INC., a California corporation; DEAN ELLIOTT HOFFMAN, JR., an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 11-04273 SVW(DTBx)<br><br>[PROPOSED] ORDER IN SUPPORT OF STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED<br><br>Complaint Filed:<br>May 18, 2011<br><br>Before The Honorable<br>Stephen V. Wilson |

24                    [PROPOSED] O R D E R

25    **GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this

26 matter be dismissed, without prejudice, as to HOFFMAN CONCRETE COMPANY,

27 INC., a California corporation; ***and*** DEAN ELLIOT HOFFMAN, JR., an individual,

28 pursuant to settlement; that this court retain jurisdiction over this action through

and including October 31, 2014 to permit this action to be reopened to enter judgment as to the balance owed, including interest and reasonable attorney's fees and costs upon Ex Parte Application and upon good cause shown, if settlement is not consummated.

Dated: 12/9/11

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

DeCARLO, CONNOR & SHANLEY,
a Professional Corporation

By: *Margaret R. Gifford* 12/2/11
MARGARET R. GIFFORD
Attorneys for Plaintiffs,
CARPENTERS SOUTHWEST ADMINISTRATIVE
CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS