FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

1  PATRICK T. CONNOR, Bar No. 89136
   Email Address: pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222
   Email Address: mgifford@deconsel.com
3  members of
   DeCARLO, CONNOR & SHANLEY,
4  a Professional Corporation
   533 S. Fremont Avenue, Ninth Floor
5  Los Angeles, California 90071-1706
   Telephone (213) 488-4100
6  Telecopier (213) 488-4180

7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8  FOR THE CARPENTERS SOUTHWEST TRUSTS

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12 CARPENTERS SOUTHWEST                ) CASE NO. CV 11-04273
   ADMINISTRATIVE CORPORATION,         )          SVW(DTBx)
13 a California non-profit corporation; and )
   BOARD OF TRUSTEES FOR THE           ) [PROPOSED] ORDER IN SUPPORT
14 CARPENTERS SOUTHWEST                ) OF STIPULATION TO DISMISS
   TRUSTS,                             ) ACTION WITHOUT PREJUDICE,
15                                     ) SUBJECT TO REOPENING, IF
                Plaintiffs,            ) SETTLEMENT IS NOT
16                                     ) CONSUMMATED
   v.                                  )
17                                     ) Complaint Filed:
   HOFFMAN CONCRETE COMPANY,           )    May 18, 2011
18 INC., a California corporation; DEAN)
   ELLIOTT HOFFMAN, JR., an            ) Before The Honorable
19 individual; AMERICAN                )    Stephen V. Wilson
   CONTRACTORS INDEMNITY               )
20 COMPANY, a California corporation;  )
   and DOES 1 through 10, inclusive,   )
21                                     )
                Defendants.             )
22 _____)

23

24                    [PROPOSED] O R D E R

25         **GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this

26 matter be dismissed, without prejudice, as to HOFFMAN CONCRETE COMPANY,

27 INC., a California corporation; ***and*** DEAN ELLIOT HOFFMAN, JR., an individual,

28 pursuant to settlement; that this court retain jurisdiction over this action through

and including October 31, 2014 to permit this action to be reopened to enter judgment as to the balance owed, including interest and reasonable attorney's fees and costs upon Ex Parte Application and upon good cause shown, if settlement is not consummated.

Dated: 12/9/11

*[signature]*

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

DeCARLO, CONNOR & SHANLEY,
a Professional Corporation

By: *Margaret R. Gifford* 12/2/11
MARGARET R. GIFFORD
Attorneys for Plaintiffs,
CARPENTERS SOUTHWEST ADMINISTRATIVE
CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS